UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETEGAY JOHNSON,

                    Plaintiff,

       -against-

ASSISTANT DISTRICT ATTORNEY
RICHARD FARRELL, ET AL.,

                    Defendants.

25-CV-10355 (AS)

ORDER OF SERVICE

ARUN SUBRAMANIAN, United States District Judge:

Plaintiff brings this action *pro se*. This matter was assigned to my docket as related to *Ellis v. Kush*, No. 25-CV-1224 (AS) (RWL). By order dated December 28, 2025, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.

## DISCUSSION

**A.    Service on New York City Police Department Defendants**

The Clerk of Court is directed to electronically notify the New York City Police Department (NYPD) and the New York City Law Department of this order. The Court requests a waiver of service of summons from the following Defendants: Detective Greene Kush; Sergeant Joseph Piscatella; Officer Paul H. Alva (#963372); Sergeant Evan A. Couch (#965013); Officer Karisa M. Crawford (#969610); and the City of New York.[1]

---

[1] In the body of the complaint, Plaintiff references John and Jane Doe police officers and investigators. (ECF 1 at 6.) Because Plaintiff has not provided sufficient information in the complaint to identify these defendants, the Court cannot at this stage direct that the NYPD and Kings County District Attorney's Office ascertain the names of the Doe defendants.

**B.      Service on Other Named Defendants**

Because Plaintiff has been granted permission to proceed IFP, he is entitled to assistance from the Court and the U.S. Marshals Service to effect service.[2] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service through the U.S. Marshals Service, the Clerk of Court is instructed to fill out U.S. Marshals Service Process Receipt and Return forms ("USM-285 form") for the following Defendants: Richard Farrell; John C. Carroll; Joseph Zangrilli; Muriel Goode-Trufant; Hannah Oleynick; Lynn Jerome; Paula Sinclair; and Daniel Friedman. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon Defendants.

If the complaint is not served within 90 days after the date summonses issue, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

### CONCLUSION

The Clerk of Court is directed to mail an information package to Plaintiff.

---

[2]Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that any summonses be issued. The Court therefore extends the time to serve until 90 days after the date any summonses issue.

The Clerk of Court is directed to electronically notify the NYPD and the New York City Law Department of this order. The Court requests a waiver of service of summons from the following Defendants: Detective Greene Kush; Sergeant Joseph Piscatella; Officer Paul H. Alva (#963372); Sergeant Evan A. Couch (#965013); Officer Karisa M. Crawford (#969610); and the City of New York.

The Clerk of Court is further instructed to: (1) issue summonses for Defendants Richard Farrell, John C. Carroll, Joseph Zangrilli, Muriel Goode-Trufant, Hannah Oleynick, Lynn Jerome, Paula Sinclair, and Daniel Friedman; (2) complete the USM-285 forms with the addresses for these Defendants; and (3) deliver to the U.S. Marshals Service all documents necessary to effect service.

SO ORDERED.

Dated:    January 2, 2026
          New York, New York

_____
          ARUN SUBRAMANIAN
          United States District Judge

3

**SERVICE ADDRESS FOR EACH DEFENDANT**

1.    Richard Farrell
      Kings County District Attorney's Office
      350 Jay Street
      Brooklyn, NY 11201

2.    John C. Carroll, Assistant District Attorney
      Kings County District Attorney's Office
      350 Jay Street
      Brooklyn, NY 11201

3.    Joseph Zangrilli, Senior Counsel
      New York City Law Department
      100 Church Street Room 2663
      New York, NY 10007

4.    Muriel Goode-Trufant, Acting Corporation Counsel
      New York City Law Department
      100 Church Street Room 2663
      New York, NY 10007

5.    Hannah Oleynick, Assistant Corporation Counsel
      New York City Law Department
      100 Church Street Room 2663
      New York, NY 10007

6.    Lynn Jerome
      1883 East 53rd Street
      Brooklyn, NY 11234

7.    Paula Sinclair
      1883 East 53rd Street
      Brooklyn, NY 11234

8.    Daniel Friedman
      5417 18th Avenue #102
      Brooklyn, NY 11204